

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 1   2005  11:45 am

Larry A. Chess, Clerk
Casper

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

HITENDRA B. individually and as a parent )
and, next friend on behalf of Chanse B., and )
FALGUNI B., individually and as parent and )
next friend on behalf of Chanse B., )
                                       )        Case No. 04-CV-79-D

        Plaintiff(s), )
                                         )

vs. )
                                         )

ACCOR NORTH AMERICA, INC., a
Delaware corporation, doing business as
MOTEL 6,

        Defendant(s).

## ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

        This matter comes before the Court on Defendant's Motion for Summary Judgment.  The

Court, having reviewed the materials submitted in support and opposition, having heard oral

argument, and being otherwise fully advised, hereby FINDS and ORDERS as follows:

        The Court incorporates by reference its oral ruling issued during a telephone conference

hearing on January 14, 2005.  THEREFORE, it is hereby

        **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** with regard

to the negligent infliction of emotional distress claim, intentional infliction of emotional distress

claim, and the negligence claim as applied to the parents.  It is further ordered that the Motion is

**DENIED** with regard to the negligence claim as applied to the child.

DATED this ___14___ day of January, 2005.

_____
United States District Judge